UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

YARDEN BURKE,

     Plaintiff,
vs.                CIVIL NO. 5:10-cv-63 (GTS/DEP)

LAW OFFICE OF DAVID SEAN DUFEK,

     Defendant.

| Appearances: | Of Counsel: |
|---|---|
| For Plaintiff: | |
| Weisberg & Meyers, LLC<br>5025 North Central Avenue<br>#602<br>Phoenix, AZ 85012 | DENNIS R. KURZ, ESQ. |

For Defendants:

No appearance for Defendants

Glenn T. Suddaby, U.S. District Judge

## JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT

  The Court having been advised by counsel that the parties in this action have entered into an agreement in settlement of all claims in this action, and that they reasonably anticipate finalizing their agreement shortly, following which this action will be discontinued, with prejudice, by stipulation pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Counsel has also advised that no infant or incompetent is a party to this action. Based upon this development, I find that it is not necessary for this action to remain on the calendar of the Court. It is therefore hereby

**ORDERED** that this action is **DISMISSED** in its entirety **without prejudice** pursuant to the procedure as set forth in L.R. 68.2(a) of the Local Rules of this court.  This judgment is issued without prejudice to the right of the parties to secure reinstatement of the case within sixty (60) days after the date of this judgment by making a showing that the settlement was not, in fact, consummated; and in the event that no request is made for reinstatement within sixty (60) days of the date of this judgment, the dismissal of this case shall thereafter be **with prejudice**; and it is further

**ORDERED** that the Plaintiff serve a copy of this Judgment upon the Defendant or Attorney for the Defendant.

Dated: March 17, 2010
       Syracuse, New York

Hon. Glenn T. Suddaby
U.S. District Judge